**FILED**

OCT 3 1 2006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____ DEPUTY

IN RE: MONTE SHARP,  )
  )  Case No. 06-12762-BH
  Debtor.  )  (Chapter 11)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

The Clerk will please enter Timothy D. Kline and Clay P. Booth as counsel of record for

Schwertner Farms, Inc., d/b/a Capital Land and Livestock, a creditor in the above-captioned case.

Pursuant to the Local Bankruptcy Rules and the Federal Rules of Bankruptcy Procedure, including

Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, said creditor requests that all

notices, pleadings, and documents in regard to the above-captioned case be delivered to:

>  Timothy D. Kline, OBA #5077
>  Clay P. Booth, OBA #11767
>  Kline, Kline, Elliott & Bryant, P.C.
>  720 NE 63rd Street
>  Oklahoma City, OK 73105-6405

Dated this 31st day of October, 2006.

>  Respectfully Submitted,

_____

Timothy D. Kline, OBA #5077
Clay P. Booth, OBA #11767
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK 73105-6405
Telephone: (405) 848-4448
Facsimile: (405) 842-4539
Attorneys for Creditor, Schwertner Farms, Inc., d/b/a
Capital Land and Livestock

Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2006, a true and correct copy of the above and foregoing Entry of Appearance and Request for Notices was mailed by regular, first class United States mail, postage fully pre-paid, to all parties on the service list attached to the original.

Clay P. Booth, OBA #11767

*6223.1*

Label Matrix for local noticing
1087-5
Case 06-12762
Western District of Oklahoma
Oklahoma City
Mon Oct 30 15:12:07 CST 2006

Mackey Livestock, Inc.
Rural Route 9
Alva, OK 73717

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102

4-F Cattle Co.
P.O. Box 122
Larue, TX 75770

A.L. Hudson
5011 W. Elk
Duncan, OK 73533

ACB Bank Cherokee
P.O. Box 227
Cherokee, OK 73728

Abengoa Bio Energy
CIT Group/Commerical Services
P.O. Box 1036
Charolette, NC 28201-1036

Access Group Inc.
P.O. Box 1701
Hereford, TX 79045

Advanta
P.O. Box 8088
Philadelphia, PA 19101-8088

Alva Farmers Coop
P.O. Box 603
Alva, OK 73717

Alva State Bank
P.O. Box 37
Alva, OK 73717

Alva Vet Supply
1717 W. Oklahoma Blvd.
Alva, OK 73717

American Honda Finance Corp.
1235 Old Alpharetta Rd. Suite 190
Alpharetta, GA 30005

Aspire Visa
P.O. Box 23007
Columbue, GA 31902-3007

Baer Creek Feeders LLC
P.O. Box 1088
Syracuse, KS 67878

Bank of America
P.O. Box 60073
City of Industry, CA 91716-0073

Bonding Co.
411 Flynn
Alva, OK 73717

Bradley Gungoll
P.O. Box 1549
Enid, OK 73702

Brooker Financial Services
50 Garndview Drive
Garden City, KS 67846

Brookover Feed Yards Inc.
P.O. Box 917
Garden City, KS 67846

Brookover Financial Services, Inc.
50 Grandview Drive
Garden City, KS 67846

CIT Group Commercial Services, Inc.
c/o Greg Metzer
Metzer and Austin, PLLC
1 South Broadway, Suite 100
Edmond, OK 73034

Capital One Bank
P.O. Box 650007
Dallas, TX 75265-0007

Capital One Bank
c/o NCO Financial Systems, Inc.
P.O. Box 61247
Dept. 64
Virginia Beach, VA 23466

Capital One Bank
c/o United Recovery System
5800 North Course Drive
Houston, TX 77072

Cargill Animal Nutrition
P.O. Box 802705
Kansas City, MO 64180-2705

Cattle Empire
1174 Empire Circle
Rt 1 Box 109A
Satanta, KS 67870

Central Bank of Enid
P.O. Box 3448
Enid, OK 73702

Chase
Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014

Chuck Winchell Trucking
RR 2 Box 83
Balko, OK 73931

Cingular
P.O. Box 650553
Dallas, TX 75265-0553

Cody Hogden
P.O. Box 529
Woodward, OK 73802-0529

DJ Ortho
P.O. Box 515471
Los Angeles, CA 90051

Dacoma Farmers Cooperative, Inc.
P.O. Box 220
Dacoma, OK 73731

David Ezzell
P.O. Box 5589
Enid, OK 73702

David LeBas
320 South Polk Street
Amarillo, TX 79101

David Mast
P.O. Box 467
Allen, OK 74825

Dean and Ann Goll
Rt. 3 Box 340
Alva, OK 73717

Debbie Rinehart
P.O Box 467
Allen, OK 74825

Direct Merchants Bank
Cardmember Services
P.O. Box 21550
Tulsa, OK 74121-1550

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Doug Jackson
323 W. Broadway
Enid, OK 73701

E.C. Brookover, Jr.
50 Grandview Dr.
Garden City, KS 67846

Emergency Medical Services
4401 W. Memorial Rd.
Oklahoma City, OK 73134-1722

Farmer's Co-Operative Association of Al
P.O. Box 603
Alva, OK 73717

Farmers Cooperative Equity Co.
P.O. Box 40
Isabel, KS 67065

First Horizon
P.O. Box 132
Memphis, TN 38101-9986

First National Bank
P.O. Box 308
Howard, KS 67349

First National Bank Omaha
P.O. Box 2814
Omaha, NE 68103-2814

First Tennessee Bank Credit Card
c/o RAB Inc.
7000 Goodlett Farms Parkway
Memphis, TN 38016-4915

Flying G Ranch
Rt. 1 Box 16
Fairview, OK 73737

Foote's Farm Supply
P.O. Box 723
Fairview, OK 73737

Friona Agricultural Credit Corporation
P.O. Box 15568
Amarillo, TX 79105

GM Cardmember Services
P.O. Box 60119
City of Industry, CA 91716-0119

Garnett Oil Company
518 Oklahoma Blvd.
Alva, OK 73717

Gary Bryant
Two Leadership Square, 14th Floor
Oklahoma City, OK 73102

Hadwiger, Jungman & Kline, P.C.
P.O. Box 306
Cherokee, OK 73728

Household Bank
P.O. Box 60102
City of Industry, CA 91716-0102

J. David Ezzell
P.O. Box 5589
Enid, OK 73702-5589

Jack Blair
P.O. Box 148
Stonewall, OK 74871

James Brunson
Central Law Office, P.C.
P.O. Box 720633
Norman, OK  73070

James E. Herring
420 S. Taylor Suite 900
Amarillo, TX  79101

James Laster
P.O. Box 1088
Syracuse, KS  67878


James Schwertner
P.O. Box 1
Schwertner, TX  76573

Jason Watkins
7261 East 147th
Allen, OK  74825

Jeff Todd
McAfee & Taft
10th Floor, 211 N. Robinson
Oklahoma City, OK  73102


Jeremy Bays
P.O. Box 98
Alva, OK  73717

Jim Leslie
P.O. Box 6
Dacoma, OK  73731

Joe Black
8592 E. 148th Rd.
Stuart, OK  74570


John Deere Construction and Forestry Com
6400 NW 86th Street
Johnston, IA  50131

John Hooker
5005 W. Laurel St.
#210
Tampa, FL  33607

John Massouh
P.O. Box 15008
Amarillo, TX  79105-5008


Kathrine Ryle
707 W 14th St.
Austin, TX  78701

Kirk Bagenstos
323 S. Grand
Cherokee, OK  73728

Koppits Farms
1329 Church St.
Alva, OK  73717


Kyle Hadwiger
Hadwiger & Jungman
P.O. Box 306
Cherokee, OK  73728

Larry Bays
P.O. Box 98
Alva, OK  73717

Larry's Home Oxygen
115 S. Grand
Enid, OK  73701-000


Lee Mackey
RR 9
Alva, OK  73717

Life Emergency Medical Service
P.O. Box 365
Enid, OK  73702

Long Gas Co.
702 E. Flynn St.
Alva, OK  73717


MBNA
Platinum Plus for Business Card
P.O. Box 15469
Wilmington, DE  198865469

MBNA America
P.O. Box 15102
Wilmington, DE  19886-5102

Mackey Livestock
P.O. Box 852
Alva, OK  73717


Michael G. Smith
P.O. Box 1236
Clinton, OK  73601

Morningstar ER Physicians
P.O. Box 269019
Oklahoma City, OK  73126-9019

NCO Financial Systems, Inc.
2360 Campbell Creek Suite 500
Richardson, TX  75082


Natalie K. Ramsey, Esq.
McAfee and Taft
Two Leadership Square, 10th floor
211 N. Robinson
Oklahoma City, OK  73102

Northwest Neurology
310 South 4th Street
Enid, OK  73701

Northwest Vet Supply
P.O. Box 1841
Enid, OK  73702

OU Med Center Diagnostics
P.O. Box 26307
Oklahoma City, OK  73126

OU Medical Center
HCA Patient Account Services
10030 N. MacArthur
Suite 100
Irving, TX  75063-0000

OU Physicians
P.O. Box 269026
Oklahoma City, OK  73126-9026

Phillips and Sons Trucking
P.O. Box 52
Arnett, OK  73832

Producers Cooperative Oil Mill
6 SE 4th St.
Oklahoma City, OK  73129

R.A. Bentley Trucking
P.O. Box 693
Buffalo, OK  73834

Radiology Associates of Enid
720 W. Maine
Suite C
Enid, OK  73701

Robert H. Gale, Jr
211 N. Main St.
Syracuse, KS  67878

Roger Wade Borders
4834 NS 373 Rd.
Allen, OK  74825

Ronald Bittle
410 Fourth St.
Alva, OK  73717

Russell Maxwell Cattle Co.
1360 South 411th Rd.
East Prairie, MO  63845

S.L. Wallace
Rt 1 Box 376
Allen, OK  74825

Sam Stein
P.O. Box 223
Cherokee, OK  73728

Samuel Logan
Foulston Siefkin
40 Corporate Woods, Suite 1050
9401 Indian Creek Parkway
Overland Park, KS  66210

Schwertnar Farms
P.O. Box 1
Schwertner, TX  78573

Stan Wallace
P.O. Box 264
Allan, OK  74825

Stockgrowers State Bank
622 Main Street
Ashland, KS  67831

Terry Sherrill
P.O. Box 688
Gruver, TX  79040

Terry Tippins
Doneen Douglas Jones
100 N. Broadway, Suite 1700
Oklahoma City, OK  73102-8820

The Central National Bank of Alva
P.O. Box 667
Alva, OK  73717-0667

The Corporation Company
735 First National Building
Oklahoma City, OK  73102

Timothy Kline
Clay Booth
720 N.E. 63rd Street
Oklahoma City, OK  73105-6410

Todd Lafferty
P.O. Box 510
Watonga, OK  73772

Tommy Welch
P.O. Box 310
Sophia, NC  23750

Tri State Feeders
P.O. Box 7
Turpin, OK  73950

Tri-K Equipment Inc.
3126 College Blvd.
Alva, OK  73717

Valley Cattle Corporation
5113 23rd Road
Fowler, KS  67844

Wells Fargo
P.O. Box 6426
Carol Stream, IL  60197-6426

Western Feedyard, Inc.
548 South Road I
Johnson, KS  67855

Wheelers Brothers Grain
P.O. Box 623
Alva, OK  73717

Works and Lentz, Inc.
3030 NW Expressway
Suite 22
Oklahoma City, OK 73112-5442

Xtra Factors
211 Pedigo Drive
Pratt, KS 67124

David Mask

Dean and Ann Goll
Route 3
Box 240
Alva, OK 73717

Debbie Rinehart

Gary D. Hammond
1320 E. 9th, Ste 4
Edmond, OK 73034

Herbert M. Graves
US Trustee's Office
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102

Jack Blair

Monte Sharp
P.O. Box 10
Hopeton, OK 73746

End of Label Matrix
Total addresses 128

